### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-41431-ERW |
| | § | |
| PETE DEMITRO | § | |
| PHILOMENA E DEMITRO | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF  TRUSTEE'S FINAL REPORT AND
### APPLICATION FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 03/16/2011, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604  . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   02/22/2011                    By:   /s/ David P. Leibowitz
                                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST-Form 101-7-NFR (10/1/2010)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-41431-ERW |
| | § | |
| PETE DEMITRO | § | |
| PHILOMENA E DEMITRO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $1,039.44
*and approved disbursements of*      $0.00
*leaving a balance on hand of[1]:*      $1,039.44

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $1,039.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $259.85 | $0.00 | $259.85 |
| David Leibowitz, Trustee Expenses | $65.48 | $0.00 | $65.48 |

Total to be paid for chapter 7 administrative expenses:      $325.33
Remaining balance:      $714.11

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:      $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

Remaining balance: $714.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $714.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $57,115.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $770.77 | $0.00 | $9.64 |
| 2 | USEFG, ELT Bony T IV AES/DDB | $56,344.36 | $0.00 | $704.47 |

Total to be paid to timely general unsecured claims: $714.11
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz

Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST-Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Feb 23, 2011
Case: 09-41431               Form ID: pdf006          Total Noticed: 36

The following entities were noticed by first class mail on Feb 25, 2011.
```
db/jdb       +Pete Demitro,   Philomena E Demitro,   5149 W. 167th Street,   Oak Forest, IL 60452-4418
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
14671990     +A Step ahead Footcare,   16735 S. Oak Park Avenue,   Tinley Park, IL 60477-2715
14671991     +ALC,   POB 27901,   West Alla WI 53227-0901
14671992     +AT&T Mobility,   POB 6463,   Carol Stream, IL 60197-6463
14671993     +Advocate Health & Hospital,   22091 Network Place,   Chicago, IL 60673-1220
14671995      At & t,   pob 8100,   Aurora IL 60507-8100
14671996      At & t Mobility,   c/o Afni,   pob 3427,   Bloomington IL 61702-3427
14671997      Bank of America Loan Services,   POB 650070,   Dallas TX 75265-0070
14671998      Chase Card Member Sevices,   pob 15153,   Wilmington DE 19886-5153
14671999      Countrywide Home Loans,   POB 650070,   Dallas TX 75265-0070
14672000      Dell Financial Services,   pob 6403,   Carol Stream IL 60197-6403
14672001     +Dr. Robert J. Atkenson,   14640 John Humphrey Drive,   Orland Park, IL 60462-2698
14672002     +HSBC,   POB 17051,   Baltimore, MD 21297-1051
14672006      Ingalls Memorial Hospital,   pob 5435 dept 0028,   Carol Stream IL 60197-5435
14672007      Ingalls Memorial Hospital,   pob 75608,   Chicago IL 50675-5608
14672004      Ingalls Memorial Hospital,   c/o Medical Recovery Specialists INC,   2250 E Devon Ave ste 352,
              Des Plaines IL 60018-4519
14672011     +Metrosouth Medical Center,   c/o Nationalwide Credit & Collection, In,   pob 3159,
              Oak Brook IL 60522-3159
14672010      Metrosouth Medical Center,   12935 South Gregory Street,   Blue Island, IL 60406-2428
14672013     +Midland Funding,   c/o Blitt and Gaines,   661 Glenn Ave,   Wheeling IL 60090-6017
14672012     +Midland Funding,   c/o Blatt, Hasenmiller, Leibsker & Moore,   125 South Wacker Drive Suite 400,
              Chicago IL 60606-4440
14672014     +Midland Funding LLC,   8875 Aero Drive Suite 200,   San Diego, CA 92123-2255
14672016      Neurology associates LTD,   pob 1187,   Harvey IL 60426-7187
14672017      Pulmonary Consultants,   12820 S Ridgeland Ave Suite B,   Palos Heights IL 60463-2389
14672018      Southland Bone and Joint Institute,   pob 4097,   Aurora IL 60507-4097
14672019      Southwest Laboratory Physicians S.C,   Dept 77-9288,   Chicago IL 60678-9288
14672020     +Southwest Oral Surgeons,   6305 W 95th St,   Oak Lawn IL 60453-2291
15640764     +USEFG, ELT Bony T IV,   AES/DDB,   PO Box 8183,   Harrisburg, PA 17105-8183
14672021     +Union Federal Savings Bank,   1565 Mineral Springs Avenue,   North Providence RI 02904-4000
14672023      Wells Fargo,   pob 60510,   Los Angeles CA 90060-0510
14672024      Wells Fargo Auto Finance,   POB 29704,   Phoenix, AZ 85038-9704
14672025      Wells Fargo Financial Cards,   pob 98791,   Las vegas NV 89193-8791
14672027      a step ahead footcare,   c/o Creditors collection Bureau,   pob 63,   Kankakee IL 60901-0063
14672028      c/o Ingalls Memorial Hospital,   Medical Recovery Specialist, Inc.,   2250 E. Devon Ave Suite 352,
              Des Plaines, IL 60018-4519
```

The following entities were noticed by electronic transmission on Feb 23, 2011.
```
15623701     +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2011 00:33:29
              GE Money Bank dba JCPENNEY CREDIT SERVICES,   Care of Recovery Management Systems Corp,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14672009      E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2011 00:43:57   JCPenney,   pob 960090,
              Orlando FL 32896-0090
                                                                                   TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14671994*    +Advocate Health & Hospital,   22091 Network Place,   Chicago, IL 60673-1220
14672003*    +HSBC,   POB 17051,   Baltimore, MD 21297-1051
14672008*     Ingalls Memorial Hospital,   pob 75608,   Chicago IL 50675-5608
14672005*     Ingalls Memorial Hospital,   c/o Medical Recovery Specialists INC,   2250 E Devon Ave ste 352,
              Des Plaines IL 60018-4519
14672015*    +Midland Funding LLC,   8875 Aero Drive Suite 200,   San Diego, CA 92123-2255
14672022*    +Union Federal Savings Bank,   1565 Mineral Springs Avenue,   North Providence RI 02904-4000
14672026*     Wells Fargo Financial Cards,   pob 98791,   Las vegas NV 89193-8791
14672029*     c/o Ingalls Memorial Hospital,   Medical Recovery Specialist, Inc.,   2250 E. Devon Ave Suite 352,
              Des Plaines, IL 60018-4519
aty          ##+Dima F Abuasabeh,   Abuasabeh & Associates,   4747 Lincoln Mall Drive Suite 304,
              Matteson, IL 60443-3814
                                                                          TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mgonzalez          Page 2 of 2          Date Rcvd: Feb 23, 2011
Case: 09-41431               Form ID: pdf006          Total Noticed: 36

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2011**                    **Signature:**